IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00043-CMA-BNB

BRIAN BRADY,

  Plaintiff,

v.

TOWN OF SILVERTHORNE,
FIFTH JUDICIAL DISTRICT,
MARK HANSCHMIDT, in his official and individual capacities,
VINCE KNAPP, in his official and individual capacities,
JACOB SCOTT, in his official and individual capacities,
MARK HURLBERT, in his official and individual capacities,
STEVE MALLORY, in his official and individual capacities, and
DICK CLEVELAND,

  Defendants.

---

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANTS FIFTH JUDICIAL DISTRICT, MARK HURLBERT, STEVE MALLORY AND DICK CLEVELAND

---

This matter is before the Court on the parties' Joint Motion for Dismissal With Prejudice of Defendants Fifth Judicial District, Mark Hurlbert, Steve Mallory and Dick Cleveland (Doc. # 20).  The Court has reviewed the Motion and ORDERS as follows:

Defendants Fifth Judicial District, Mark Hurlbert, Steve Mallory and Dick Cleveland are hereby DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall pays his or its own attorney fees and costs.

  DATED:  June   12  , 2013

  BY THE COURT:

  _Christine M Arguello_
  _____
  CHRISTINE M. ARGUELLO
  United States District Judge